UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-00029-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | ORDER TO SEAL |
| ) | |
| TINA LURETHA TYREE JOHNSON ) | |

Upon motion of the United States of America, it is hereby ORDERED Docket Entry Number 34 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED this **16** day of **April**, 2014.

_____
The Honorable Terrence W. Boyle
United States District Judge