UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-029-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TINA LURETHA TYREE JOHNSON | ) | |
| | ) | |

This matter comes before the court by *Defendant's Motion to Alter Restitution Payments During Incarceration.*

For good cause shown, it is hereby ORDERED that Defendant's Motion is granted and that restitution payments for the balance of Defendant's incarceration not exceed $25. per quarter.

This the 20 day of January, 2016.

Judge Terrence W. Boyle
United States District Court Judge