IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-29-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TINA LURETHA TYREE JOHNSON ) | |
| ) | |

This cause comes before the Court on defendant's motion in letter form to recommend community corrections center placement. Defendant asks that this Court recommend that the Bureau of Prisons allow her to serve the last six months of her sentence in a community corrections or residential reentry center. The Court's recommendation is one of five factors considered by Bureau of Prisons when designating offenders to places of incarceration. 18 U.S.C. § 3621(b).

For good cause shown, defendant's motion [DE 81] is GRANTED. The Court RECOMMENDS to the Bureau of Prisons that defendant be permitted to serve the last six months of her incarceration in an appropriate community corrections or residential reentry center. The clerk is DIRECTED to serve a copy of this order on the United States Probation Office and the Bureau of Prisons.

SO ORDERED, this 4 day of October, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE